Perceiving no error in the record, the judgment of the trial court is affirmed.

**Lynwood Woodroe WILSON v. STATE.**

No. 26200.

Court of Criminal Appeals of Texas.

Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of attempted burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.